

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00798-CV

**UNITED INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

**POTENTIAL HOLDINGS, LLC**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2023CVG000151D2
Honorable Monica Z. Notzon, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: September 27, 2023

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order costs of the appeal are assessed against appellant. *See id.* 42.1(d).

PER CURIAM